**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00377-CV**
_____

**CITY OF MAGNOLIA, Appellant**

**V.**

**MAGNOLIA INDEPENDENT SCHOOL DISTRICT, Appellee**

**On Appeal from the 457th District Court
Montgomery County, Texas
Trial Cause No. 23-03-04135-CV**

**MEMORANDUM OPINION**

Appellant City of Magnolia and Appellee Magnolia Independent School District filed a joint motion to dismiss this accelerated appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(2). The parties filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id.* 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 30, 2024
Opinion Delivered October 31, 2024
Before Golemon, C.J., Wright and Chambers, JJ.

1